Case 1:25-cv-03990-UNA   Document 1   Filed 11/10/25   Page 1 of 8

RECEIVED
Mailroom
NOV 10 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**Plaintiff(s):** Nicholas L Rusk, The United States of America

v.

**Defendant(s):** Donald J Trump, Mike Johnson, Jim Jordan, Marjory Taylor Green.

Case: 1:25-cv-03990
Assigned To: Unassigned
Assign. Date: 11/10/2025
Description: Pro Se Gen. Civil (F-DECK)

☑ ORIGINAL COMPLAINT
☐ AMENDED COMPLAINT

You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.

## I. JURISDICTION:

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331:

☐ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☑ Other (provide an explanation): Violation of Federal Law under Statue 18:241

## II. PARTIES:

**Plaintiff(s)** (use extra pages if needed):

Name: Nicholas L Rusk
Address: 2615 Washington St, Waukegan IL 60085
Inmate ID Number: _____

Rev. 04/16/2025

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: Donald J Trump

Job: President

Address: 1600 Pennsylvania AVE

Additional info: Washington D.C 20530

**Defendant #2:**

Name: Mike Johnson

Job: Speaker of The House

Address: United States Capital

Additional info: Washington D.C. 20530 = 2030

**Defendant #3:**

Name: Jim Jordan

Job: U.S. Congress Man.

Address: United States Capital

Additional info: Washington D.C. 20530-0002

Rev. 04/16/2025

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☒Yes ☐No

B. Answer the following questions about ALL past federal lawsuits. **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**. (Use extra pages if needed)

1. Case name, case number, and Court: Please Take The Time To Review my Fileings, I'm The 42:1983 Civil Rights

2. What was it about: Complaints, I'm Now 42.

3. What happened (was it dismissed, did it go to trial, was it settled): Some Have Been Dismissed

4. Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).
Do To Prejudice Because I Care about People. Please also Look up Trumps Title 42 For The Boarder Wall During His First Term, That was Clueing all of His Federal MoFia Here in The Terrible State oF IL To Keep me Walled out,

Rev. 04/16/2025

## IV. GRIEVANCE PROCEDURE[1]

A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

C. Has the grievance been returned from the highest or last level of review? ☐ Yes ☒ No

D. If your answer is NO, explain why not. Did you do anything other than a grievance to alert prison authorities to the problem?

They DonT Respond when I Did, as You all Can Now

E. If you are a federal inmate, attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

See as Your Bank acounts are Shrinking, Your all about To Loose Your Jobs and Your CounTry, I Timed everyThing ouT By The Top Secret Codes of AMerican The Zip To The Supreme CourT in D.C. is 20543-0002

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit. If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed. See e.g., 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).

Rev. 04/16/2025

I will Be 43 in APRiL. IM 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 Trump is Now = .78

## V. STATEMENT OF CLAIM:

Using the space below describe how your constitutional rights were violated (extra pages are *strongly* discouraged):

DO: Write a short statement of what happened with neat handwriting. Explain who violated your rights, what each defendant personally did, when they did it, where they did it, and why they did it (if you know why).

DO NOT: Do not make legal arguments or give citations. Do not include evidence or exhibits. You will have a chance later in the case to give evidence and to make arguments. Do not combine multiple claims that are not related.[2]

During Trumps First Term He and They all SI in Congress VOTed on TiTle 42 For The Bourder Wall Clueing His Ignorant scum Bag Republicans To Keep me Walled out. I'm independent. The democrats also created A lot of uneeded Problems For There selves over The Years, BUT at Least They are NOT VoTeing on Things That Knowingly Do intentiona Harm To People Like The Republicans are, iT is conspiring Against are Elderly and There Familys To Take

---

[2] The Court is not required to allow you to join multiple claims in a single case. The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.

Rev. 04/16/2025



There critical care medicaid From Them. it's with intent To Do Great Bodily Harm To Them in Time. They Took are Food Bank Funding That Helps The under PrivLaged Kids and Family's along with People That Have disability's. So They No Longer Have asistance. Social security and s.s.d.i, alone Is Not enough For Them To Live on. They are conspireing Against every one with intentional intent To Do Harm To people. There all Very S.M.I. People. That is why My Federal Statue 18:241 was put in place in The 1980s. To show The Timeing of every Thing. My S.M.I.s sons moms Phone Number. Well The Last 4 of IT is 00S1. 2 Zeros means Yes Zero The S1 out. im also Being walled out From Being able To Help support and Love My 20 year old Blind son. Its Conspiracy against me and

Rev. 04/16/2025

Him. I Have Been Working on Federal Rule of Civil Procedure 26 For The entire country Sence 2021. NexT Year is 2026, and Theres only 26 Letters in The alPhabeT. iTs Going To Be The TiTanic all over Again BuT This Time There Going To Sink The whole CounTry with There insane S.M.I. ways of Thinking. I'm asking This courT To endiTe Trump and all 51 Red Republicans 6 wiTh 18:241 under U.S.C. 28:1331. I will Gladly RepresenT The counTry In ANY U.S. DisTricT courT or The Supreme courT under U.S.C. 18:3006.A(d)7. A=Angles d=done. The LasT 4 of my S.S. is 7911. For A very Good Reason, = work 7 Days A week To Be 911 For every one. NexT The LighTs in Your CourT House will Be geTTing ShuT off and Trump will TaKe iT Down JusT Like He is going To Do To The enTire WhiTe House.

Rev. 04/16/2025

**VI. REQUEST FOR RELIEF**

State exactly what you want this court to do for you.

For Federal STaTue 18:241 To Be enForced. I wanT 20 Billion From The Federal GovernmenT Because ITs Been employees of The Federal GovernmenT Who Have Been ATTacking me For 42 Years.

**VII. JURY DEMAND** (check one box below)

The plaintiff ☐ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed on: 10-26-25 (date)

Signature of Plaintiff: [signature]

Street Address: 2615 Washington ST
City, State, Zip: Waukegan IL 60085

Printed Name: Nicholas L Rusk
Prisoner Register Number: S-119-399

Rev. 04/16/2025